

# Fourth Court of Appeals
## San Antonio, Texas

June 27, 2019

No. 04-18-00833-CV

**IN THE INTEREST OF M.A.G. AND Z.A.G., CHILDREN**,
Appellant

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2017FLI001815 C3
Honorable Sid L. Harle, Judge Presiding

## O R D E R

Court reporter Roxanne G. Soto-Serna has filed a notification of late reporter's record requesting another extension to July 19, 2019. We GRANT her request and ORDER her to file the reporter's record on or before July 19, 2019. No further extensions will be granted absent extenuating circumstances.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of June, 2019.

_____
Keith E. Hottle,
Clerk of Court